**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KYLE BRAGG, as Trustee, BUILDING
SERVICES 32BJ PENSION FUND, BUILDING
SERVICE 32BJ LEGAL SERVICES FUND,
BUILDING SERVICE 32BJ THOMAS
SHORTMAN TRAINING, SCHOLARSHIP, AND
SAFETY FUND, and BUILDING SERVICE 32BJ
SUPPLEMENTAL RETIREMENT AND
SAVINGS PLAN,

                          Petitioners,

          -against-                                              24 **CIVIL** 7725 (MKV)

                                                                 **JUDGMENT**

TRIANGLE SERVICES, INC,

                          Respondent.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Opinion and Order dated March 16, 2026, Petitioner's motion to confirm the

First Award and the Second Award is GRANTED, and Respondent's motion to vacate is

DENIED; accordingly, the case is closed.

**Dated:** New York, New York

          March 16, 2026

                                                 **TAMMI M. HELLWIG**
                                        _____
                                                 **Clerk of Court**

                               **BY:**            K. Mango
                                        _____
                                                 **Deputy Clerk**