RAAB, STURM & GANCHROW, LLP
COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
FAX: (201)292-0152

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/29/26

RONALD RAAB*
IRA A. STURM***
ARI D. GANCHROW*

MAURA E. BREEN**
SAMUEL R. BLOOM****

* ADMITTED IN NY AND NJ
**ADMITTED IN NY AND CT
*** ADMITTED IN NY AND FLA
****ADMITTED IN NY, NJ AND MD

July 7, 2026

By: ECF
The Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
500 Pearl Street, New York, NY 10007

Re: Bragg et al. v. Triangle Services, Inc. - 24-CV-0062 and 7725 (MKV)

Dear Judge Vyskocil,

The undersigned is counsel to Kyle Bragg as Trustee and the Trustees of Building Service 32BJ Benefit Funds ("Funds"), plaintiffs in the above captioned matters. I write respectfully on behalf of the Funds pursuant to the Court's Individual Practices regarding pre-motion conferences. Under Your Honor's rules, Section 4.A, a party must request a pre-motion conference before filing certain motions, including motions to amend the judgment and discovery motions.

In the underlying matter, Your Honor confirmed two arbitration awards. In the first award, the Funds were awarded the sums of $1,550,900.09 in unpaid contributions, $908,614.40 in interest, $310,180.02 in liquidated damages, $52,218.75 in attorney's fees, and $19,350.00 for the cost of the arbitration, totaling $2,841,263.26. In the second award, Your Honor confirmed Defendant's obligation to provide requested records to enable the Funds' auditors to determine if all contributions due have been paid. Defendant has not complied with either award.

On May 19, 2026, the parties submitted a joint letter requesting a pre-motion conference concerning post judgment discovery disputes and disputes as to whether the judgment as entered, constituted a "monetary judgment." (ECF # 38) The undersigned filed a status letter dated June 16, 2026, asking for the status of the request for the pre-motion conference, or in the alternative, a waiver by the

Court of a need for the conference. (ECF #39) To date, no conference has been scheduled, and no further direction has been provided by the Court.

Because the absence of a conference is preventing the filing of the contemplated motion—and in order to avoid prejudice to the Funds' right to payment of the sums awarded, the Funds ask for leave to move to amend the judgment and to compel Defendant to identify its assets from which the payments owed under the first confirmed award can be attached by the Marshal, and to provide the records needed to complete the audit on the second award. The Funds respectfully request that the Court either:

1. **schedule the required pre-motion conference at the Court's convenience**, or
2. **waive the conference requirement and grant leave to file the motion directly.**

This request is made solely to comply with the Court's rules and to ensure the record reflects my efforts to proceed in accordance with Your Honor's Individual Rules of Practice.

Thank you for the Court's attention to this matter.

Respectfully submitted,

Ira A. Sturm

cc: Michael Patrick Collins (Counsel for Defendant) (By: ECF)
Andrew J. Delzotto (Counsel for Defendant) (By: ECF)
Thomas Eron (Counsel for Defendant) (By: Email)

Petitioner shall file his motion by August 12, 2026. Further briefing shall proceed on the schedule set forth in Local Civil Rule 6.1(b). **The parties are on notice that failure to comply with court orders and all applicable rules may result in sanctions, including: monetary penalties on counsel and the parties themselves; preclusion of claims, defenses, evidence, and motion practice; and the case-termining sanctions of dismissal/default judgment.**

The Clerk of Court respectfully is requested to terminate ECF Nos. 38, 40.

Date: July 29, 2026
New York, New York

Mary Kay Vyskocil
United States District Judge